Frank Woodson
Navan Ward
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2433 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty Bishop, individually, et al.,<br><br>                              Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Betty Bishop, individually; Elise Mire, individually; and Eunice Rusk, individually, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

```
 1
 2    DATED: Nov. 23, 2009        By: /s/ Navan Ward
 3
 4                                BEASLEY, ALLEN, CROW, METHVIN,
                                  PORTIS & MILES, P.C.
 5                                218 Commerce Street
                                  P.O. Box 4160
 6                                Montgomery, Alabama 36103
                                  Telephone: 334-269-2343
 7                                Facsimile: 334-954-7555

 8                                *Attorneys for Plaintiffs*

 9    DATED: Nov. 23, 2009        By: /s/

10
11                                DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
12                                New York, New York 10020
                                  Telephone: 212-335-4500
13                                Facsimile: 212-335-4501

14                                *Defendants' Liaison Counsel*

15
16    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
      IT IS SO ORDERED.**
17
18    Dated: _____     _____
                                  Hon. Charles R. Breyer
19                                United States District Court
```
-2-

<s>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</s>